## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEFFREY KINNEY**, | **Case 2:15-cv-02223-JAR-KGG** |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **BERLIN-WHEELER, INC.**, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed with prejudice.

Respectfully submitted,

By: /s/J. Mark Meinhardt
J. Mark Meinhardt #20245
1 E. Washington St. Ste. 500
Phoenix, AZ 85004
Telephone:   (913) 827-1950
Email:        meinhardtlaw@gmail.com
ATTORNEY FOR PLAINTIFF